UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GREGORY S. WILLIS,

    Plaintiff,

v.

GARY MOHR, *et al.*,

    Defendants.

Case No. 1:11-cv-808

Barrett, J.
Bowman, M.J.

### ORDER

.    In accordance with the Report and Recommendation filed herewith, **IT IS ORDERED THAT**:

1. The motion of Defendants to stay discovery (Doc. 15) is **denied as moot**;

2. Defendants' request for Plaintiff's memorandum in opposition to summary judgment to be stricken for lack of service (Doc. 17) is **denied**. Defendants were provided adequate service through this Court's electronic case filing system.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge