**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

GREGORY S. WILLIS,

       Plaintiff,                      Case No. 1:11-cv-808

   v.                                 Barrett, J.
                                        Bowman, M.J.

GARY MOHR, *et al.*,

       Defendants.

## ORDER

.    In accordance with the Report and Recommendation filed herewith, **IT IS ORDERED THAT**:

    1.   The motion of Defendants to stay discovery (Doc. 15) is **denied as moot**;

    2.   Defendants' request for Plaintiff's memorandum in opposition to summary judgment to be stricken for lack of service (Doc. 17) is **denied**.  Defendants were provided adequate service through this Court's electronic case filing system.

                                                *s/Stephanie K. Bowman*
                                                Stephanie K. Bowman
                                                United States Magistrate Judge